Eva A. Ellison, Appellant, *v.* Franklin A. Chappell, Respondent.

*Commissions — action to recover broker's commissions for sale of real property — failure to show performance of contract to produce purchaser.*

*Ellison* v. *Chappell*, 181 App. Div. 263, affirmed.

(Argued January 28, 1921; decided March 1, 1921.)

Appeal from a judgment, entered January 5, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover a broker's commission for the sale of real property. The complaint alleged that in the latter part of August of 1915, the defendant requested plaintiff, as broker, to produce a purchaser for said property for the sum of $45,000, and defendant agreed to pay the plaintiff five per cent of said sum of $45,000 or any greater sum that a purchaser produced by plaintiff might pay; that in the early part of September, 1916, the plaintiff produced Edwin Thanhauser, a responsible purchaser, who was ready, able and willing to purchase the said property and pay therefor a sum in excess of $45,000, and that thereafter and on the 16th day of October, 1916, the property was conveyed to Thanhauser for the sum of $55,000, and that she was entitled to a commission of $2,750. The answer was a general denial. The Appellate Division held that "plaintiff completely failed to show performance of her contract to produce a purchaser for the property."

*F. Sidney Williams* for appellant.

*Samuel J. Rawak* and *Cornelius C. Beekman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Cardozo, McLaughlin and Crane, JJ. Dissenting: Hogan, Pound and Andrews, JJ.